# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

PHONE: (718) 522-7900  
FAX: (877) 496-7809

January 12, 2017

**VIA ECF**
Hon. Ramon E. Reyes, Jr.
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:**   **Joint request for protective order.**
        **Case No. 1 :16-cv-03361,** *Ira Tenenzapf v. Colorado Capital Investments, Inc.*, **Eastern District of New York.**

Dear Judge Reyes:

  The undersigned represents Plaintiff Ira Tenenzapf in the above referenced case. On consent of all parties, Plaintiff hereby requests entry of the attached protective order

Sincerely,


Ahmad Keshavarz

Enclosures:
Proposed protective order